# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

**DEAN JERSETT,**                                                    **JUDGMENT IN A CIVIL CASE**

           **Petitioner,**
  **v.**                                                                                    **08-cv-353-slc**

**BRADLEY HOMPE, Warden,**
**Stanley Correctional Institution,**

           **Respondent.**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

### IT IS ORDERED AND ADJUDGED

that the petition of Dean Jersett for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED

WITH PREJUDICE pursuant to Rule 4 of the Rules Governing Section 2254 Cases.


THERESA M. OWENS
_____
Theresa M. Owens, Clerk

Connie A. Korth                                          7/2/08
by Deputy Clerk                                    _____
                                                           Date