IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEAN JERSETT,

      Petitioner,        ORDER

  v.               08-cv-0353-slc

BRADLEY HOMPE, Warden,
Stanley Correctional Institution,

      Respondent.

---

  Petitioner Dean Jersett has filed a motion for a certificate of appealability from this court's July 2, 2008 judgment dismissing his petition for a writ of habeas corpus. I construe the motion as including a notice of appeal. To proceed further, petitioner must either pay the $455 appellate filing fee to this court or complete and submit the attached affidavit of indigency. Once petitioner has submitted either the filing fee or the affidavit of indigency, I will consider his request for a certificate of appealability and, if necessary, his request to proceed *in forma pauperis* on appeal.

  Entered this 23rd day of July, 2008.

           BY THE COURT:

           /s/

           BARBARA B. CRABB
           District Judge